UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

                                              Case No. 11-71546-reg

    Daniel B Karron,

                      Debtor.                Chapter 11
-----------------------------------------------------------------x

**ORDER VACATING PRIOR ORDER AND DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS AND CONDITIONALLY DISMISSING CASE**

        WHEREAS, the debtor has requested this Court to enter an order permitting him to pay the filing fee in the above-captioned case in installments (the "Application"); and

        WHEREAS, an order having been entered on March 17, 2011 granting the Application (the "Order");

        WHEREAS, the Court having determined that the Order was entered in error;

        NOW, THEREFORE, it is

        ORDERED, that the Order is vacated,

        ORDERED, that debtor's Application in the above-captioned case, is denied; and it is further

        ORDERED, that the debtor pay the balance of the filing fee due in the above-captioned case in the amount of $939.00 no later than one week from the date of this order; if the balance due is not paid as specified herein, this case will be dismissed without further notice.

  Dated: Central Islip, New York
     March 17, 2011                                     ***/s/ Robert E. Grossman***
                                                          Hon. Robert E. Grossman
                                                          United States Bankruptcy Judge