Daniel B Karron 
348 E Fulton St
Long Beach, NY 11561

March 21, 2011

US Bankruptcy Court
LI Federal Courthouse-
560 Federal Plaza
Central Islip, NY 11722-4456

RE: CASE 8-11-71546

Dear Court:

I Humbly request a 7 DAY EXTENSION ~~all my p~~ to CURE MY DEFICIENT PAPERWORK DUE TODAY

Sincerely

DBKarron
Debtor

RECEIVED 2011 MAR 28 P 4:13 CLERK U.S. BANKRUPTCY EASTERN DISTRICT OF NEW YORK